ACCEPTED
12-13-00262-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/11/2016 4:15:32 PM
Pam Estes
CLERK

**CAUSE NO. 12-13-00262-CV**
**IN THE COURT OF APPEALS**
**TWELFTH COURT OF APPEALS DISTRICT**
**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/11/2016 4:15:32 PM
PAM ESTES
Clerk

| | | |
|---|---|---|
| **WASSON INTERESTS, LTD,** | § | **APPEALED FROM 2ND** |
| *Appellant,* | § | |
| | § | |
| **V.** | § | **DISTRICT COURT IN AND FOR** |
| | § | |
| **CITY OF JACKSONVILLE, TEXAS,** | § | |
| *Appellee.* | § | **CHEROKEE COUNTY, TEXAS** |

**APPELLANT'S UNOPPOSED FIRST MOTION FOR AN EXTENSION OF TIME TO FILE A SUPPLEMENTAL BRIEF ON REMAND**

TO THE HONORABLE COURT:

NOW COMES Appellant, Wasson Interests, Ltd., filing this, its Unopposed First Motion for an Extension of Time to File a Supplemental Brief on Remand, and in support thereof, respectfully shows the Court as follows:

1. On June 13, 2016, this Court rendered a Per Curium Order, granting Petitioner thirty (30) days, until July 13, 2016, to file any supplemental brief it deemed necessary for the Court's consideration on remand.

2. Appellant is asking the Court for a fourteen (14) day extension, until July 27, 2016, to file its supplemental brief.

3. Appellant seeks this extension because its attorney now works for the Nueces County Attorney's Office, and is therefore only able to work in his capacity as Appellant's attorney during nonbusiness hours.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays the Court grant this motion, thereby extending Appellant's deadline to file its supplemental brief on

remand until July 27, 2016, and for all other relief to which Appellant may be entitled to at law or in equity.

Respectfully Submitted,

*/s/ Jeffrey R. Pruitt*
JEFFREY R. PRUITT
ATTORNEY AT LAW
Bar No. 24070453
400 Breezeway
Corpus Christi, TX 78404
Phone: (336) 749-6477
Jeffrey_pruitt@att.net

ATTORNEY FOR APPELLANT

CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with Appellee's attorney of record, Brett Brewer, on July 11, 2016, and Appellee is unopposed to Appellant's motion.

/s/ Jeffrey R. Pruitt
Jeffrey R. Pruitt

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the forgoing was served on July 11, 2016 as follows:

Via Email: brettbrewer@normanlawfirm.com
Mr. Brett Brewer
The Norman Law Firm
215 E. Commerce St.
P.O. Box 1870
Jacksonville, TX 75766

/s/ Jeffrey R. Pruitt
Jeffrey R. Pruitt